428 A.2d 268

Luchi et al. v. Resort Properties, Inc. etc., et al.
Appeal of Resort Properties, Inc.

 Submitted
March 12, 1980. Sharon Bitzel, for appellant; Eugene E.
Duffy, for appellees.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.